UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-10134 JHW

Debtor: Andrew A. Genna, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1684109 | Andrew A. Genna, Jr. | 210.83 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 3, 2010