UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                    Case Number 09-10134 JHW

Debtor: Andrew A. Genna, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1684110 | Andrew A. Genna, Jr. | 1,475.81 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 3, 2010